IN THE CIRCUIT OF THE TWENTIETH JUDICIAL CIRCIUT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| ELIZABETH BELIVEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 15-L-441 |
| | ) | |
| TEXAS ROADHOUSE HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED
ST. CLAIR COUNTY
SEP 2 3 2015**

## FIRST AMENDED COMPLAINT

NOW COMES, the Plaintiff, Elizabeth Beliveau, by her attorney, John Hipskind

and the law firm of Hipskind & McAninch, LLC, for her Complaint against Defendant,

Texas Roadhouse Holdings, LLC, states as follows:

1.    On and before July 1, 2015, Defendant owned, operated, managed,

maintained and/or controlled or had a duty to operate, manage, maintain and/or control an

establishment known as Texas Roadhouse, located at 1412 Central Park Circle, in

O'Fallon, Illinois.

2.    On July 1, 2015, Plaintiff was on the premise lawfully as a customer and

patron of Texas Roadhouse.

3.    At the aforesaid time and place, Defendant, maintained the

aforementioned premise including the entrances and exists where a rug/mat in the

entrance waiting area became raised and uneven.

4.    At the aforesaid time and place, as the Plaintiff was leaving the premise

located at 1412 Central Park Circle, in O'Fallon, Illinois the raised and uneven rug

1

caused her to fall and strike her head on a door jam causing her severe and permanent injuries to her head and body.

5.     At the aforesaid time and place, the Defendant, by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premise, including the entrances and exits, in a reasonably safe condition for persons lawfully on said premises, to include the Plaintiff herein.

6.     At the aforesaid time and place, the Defendant, by and through its agents, servants and/or employees, disregarding said duty caused the rug in the entrance/exit area to become raised and uneven and/or failed to properly maintain, inspect, and/or remove said rug so as to render the entrance/exit area dangerous and unsafe, and as a result of this dangerous and unsafe condition, the Plaintiff tripped and fell striking her head on a door jam.

7.     At the aforesaid time and place, the Defendant, as the maintainer of the aforementioned premises, by and through its agents, servants and/or employees acted with less than reasonable care and committed one or more of the following negligent acts or omissions:

a.     Failed to provide a safe ingress and egress for its establishment;

b.     Failed to properly maintain, inspect and/or remove said rug in the entrance waiting area on said premise when it knew, or in the exercise of ordinary care should have known, that said rug was raised and uneven, rendering it dangerous and unsafe;

c.     Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff and others lawfully on said premises;

d.     Failed to provide any type of warning for its customers concerning the unsafe condition of the raised and uneven rug when it knew, or in the

2

exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff;

e.  Allowed the aforementioned premise to remain in a dangerous condition, making the entrance and exit areas unfit for passage, for an unreasonable length of time;

f.  Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the aforementioned premise.

8.  As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, the Plaintiff, sustained severe and permanent injuries; both internally and externally, and was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will in the future lose value of that time as aforementioned.

9.  As a direct and proximate result of the aforesaid careless and negligent acts the Plaintiff, then and there suffered great pain and anguish, both in the mind and body and will in the future continue to suffer. The Plaintiff further expended and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries. Additionally, Plaintiff has incurred damages as a result of lost wages resulting from Defendant's negligent acts and/or omissions.

WHEREFORE, the Plaintiff, Elizabeth Beliveau, requests that the Court enter judgment in her favor against Defendant, Texas Roadhouse Holdings, LLC, in an amount in excess of $50,000.00 that would compensate Plaintiff reasonably and fairly for her injuries and damages and any other relief that is just and equitable.

Respectfully submitted,

**HIPSKIND & MCANINCH, LLC**

By:

John T. Hipskind, #6296743
Brady M. McAninch, #6306542
5 N.1 West Main Street
Belleville, Illinois 62226
Phone: 618-641-9189
Fax: 618-551-2642
*Attorneys for Plaintiff*

## RULE 222 AFFIDAVIT

STATE OF ILLINOIS            )
                             )        SS.
COUNTY OF CLAIR              )

John Hipskind, being first duly sworn upon his oath, deposes and states that the damages sought herein exceed fifty-thousand dollars ($50,000.00).

John T. Hipskind

Subscribed and sworn to before me this 23rd day of, September 2015.

Notary Public

My commission expires:

OFFICIAL SEAL
BARBARA J BRANDMEYER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/17

4

IN THE CIRCUIT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,                         )
                                            )
            Plaintiff,                      )
                                            )
    vs.                                     )          15-L-441
                                            )
TEXAS ROADHOUSE HOLDINGS, LLC,              )
                                            )
            Defendant.                      )

FILED
ST. CLAIR COUNTY
SEP 2 3 2015
41
CIRCUIT CLERK

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND VOLUNTARILY DISMISS NAMED DEFENDANT TEXAS ROADHOUSE OF O'FALLON, LLC

NOW COMES, the Plaintiff, Elizabeth Beliveau, by her attorney, John Hipskind and the law firm of Hipskind & McAninch, LLC, and for her Motion for Leave to File First Amended Complaint and Voluntarily Dismiss Named Defendant Texas Roadhouse Holdings, LLC, states as follows:

1.      On August 4, 2014, Plaintiff inadvertently sued Texas Roadhouse of O'Fallon, LLC, instead of Texas Roadhouse, LLC as a Defendant in this action.

2.      According to Counsel for Defendant, Texas Roadhouse of O'Fallon, LLC, no longer exists and Texas Roadhouse Holdings, LLC, is the proper entity in this action.

3.      Accordingly, Plaintiff voluntarily dismisses Texas Roadhouse of O'Fallon, LLC, and moves this Court for leave to file an Amended Complaint adding Texas Roadhouse Holdings, LLC. A copy of the proposed First Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff prays that the Court grant her request to voluntarily dismiss Texas Roadhouse of O'Fallon, LLC and to file a First Amended Complaint.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: _____

John T. Hipskind, #6296743
Brady M. McAninch, #6306542
5111 West Main Street
Belleville, Illinois 62226
Phone: 618-641-9189
Fax: 618-551-2642
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certified that a copy of the above and foregoing was served on the attorneys of record in this action by enclosing the same in an envelope addressed to said individual at the address shown below, with postage fully paid, and by depositing said envelope in the United States mail in Belleville, Illinois, on September 19, 2015.

Beth C. Boggs
Attorney at Law
9326 Olive Blvd., Suite 200
St. Louis, Missouri 63132

_____
John T. Hipskind

IN THE CIRCUIT OF THE TWENTIETH JUDICIAL CIRCIUT
ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,                   )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )            15-L-441
                                      )
TEXAS ROADHOUSE HOLDINGS, LLC,        )
                                      )
        Defendant.                    )

**ORDER**

THIS MATTER coming before the Court and the Court being fully advised in the

premises, it is hereby ordered as follows:

Plaintiff's Motion for Leave to File an Amended Complaint and Voluntary

Dismissal be and is hereby GRANTED.

SO ORDERED.

DATED: _9/23/15_                      JUDGE: _____
                                              Hon. Vincent Lopinot

FILED
ST. CLAIR COUNTY
SEP 2 3 2015
CIRCUIT CLERK

Z:\LOK_data\1778\003\NOH-01.doc\BCB\rk

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU, )
)
    Plaintiff, )
)
v. )    Cause No.  15-L-441
)
TEXAS ROADHOUSE OF O'FALLON )
IL, LLC, )
)
    Defendant. )

FILED
ST. CLAIR COUNTY

SEP 1 6 2015

CIRCUIT CLERK
6

### NOTICE OF HEARING

TO:    **Attorneys of Record**

    PLEASE TAKE NOTICE that Defendant, TEXAS ROADHOUSE OF O'FALLON IL, LLC, will call up for hearing its **Motion to Dismiss** on **Monday, October 19, 2015, at 9:00 am**, before the **Honorable Judge Vincent Lopinot** in **Courtroom 403** at the **St. Clair County Courthouse**, or as soon thereafter as counsel may be heard.

                Respectfully submitted,

                **TEXAS ROADHOUSE OF O'FALLON, IL, LLC**

                By: _____
                    Beth C. Boggs, #06208313
                    BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
                    9326 Olive Blvd., Suite 200
                    St. Louis, MO 63132
                    (314) 726-2310 PHONE
                    (314) 726-2360 FAX
                    bboggs@balblawyers.com
                    **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via United States Postal Service, First-Class Mail, Postage Prepaid this 14th day of September, 2015, to:

Mr. John Hipskind
Mr. Brady M. McAninch
Hipskind & McAninch, LLC
1 S. Church Street, Suite 505
Belleville, IL 62220
(618) 641-9189 (Phone)
(618) 551-2642 (Fax)
**Attorneys for Plaintiff**

Z:\LOK_data\1778\003\MTD.doc\BCB\rk

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,          )
                                      )
      Plaintiff,            )
                                        )     Cause No.  15-L-441
v.                              )
                                      )
TEXAS ROADHOUSE OF O'FALLON  )     **JURY TRIAL DEMANDED**
IL, LLC,                       )
                                      )
      Defendant.        )

*FILED
ST. CLAIR COUNTY
SEP  8 2015
CIRCUIT CLERK*

## MOTION TO DISMISS

COMES NOW Defendant, TEXAS ROADHOUSE OF O'FALLON IL, LLC, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., and for its Motion to Dismiss, states as follows:

1.    This is an action for personal injuries related to the Texas Roadhouse located at 1412 Central Park Circle in O'Fallon, Illinois.

2.    The Texas Roadhouse of O'Fallon IL, LLC entity was initially organized in Kentucky on November 25, 2005.  The entity was dissolved on November 14, 2006.

3.    The store in O'Fallon did not open until December 11, 2006.  The store in O'Fallon is operated by a separate entity, Texas Roadhouse Holdings, LLC.

4.    Texas Roadhouse of O'Fallon IL, LLC does not own the store, was dissolved in November of 2006 and, therefore, could not possibly have been in any way involved with an allegation related to an incident which allegedly occurred on July 1, 2015.

5.    A corporation can only exist under the express laws of the state by which it was created and the right to sue as a dissolved corporation is limited to the time established

Case No.:    15-L-441                                  Page 1 of 3

by the legislature.   At common law, dissolution terminated the legal existence of a corporation.   Once dissolved, the corporation could neither sue nor be sued.   See Canadian Ace Brewing Company v. Anheuser Busch, Inc., 448 F. Supp. 769, 771 (N.D. Ill. 1978).

6.        In Illinois, the legislature has determined that a corporation may be sued for liabilities incurred prior to dissolution if the suit is commenced within two years of the dissolution.   However, the liability must be incurred prior to the dissolution.   In this case, the dissolution was in 2006 and the loss was in 2015.

7.        No basis exists to allow this cause of action to continue.   Plaintiff has no valid cause of action against Texas Roadhouse of O'Fallon IL, LLC.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court enter an Order dismissing Plaintiff's cause of action against Texas Roadhouse of O'Fallon IL, LLC, and for such further and other relief as this Court deems just and proper.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

**TEXAS ROADHOUSE OF O'FALLON, IL, LLC**

By:   _Beth Boggs_
Beth C. Boggs, #06208313
BOGGS, AVELLINO, LACH & BOGGS,
L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 PHONE
(314) 726-2360 FAX
bboggs@balblawyers.com
**Attorneys for Defendant**

Case No.:     15-L-441                                                              Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed via United States Postal Service, First-Class Mail, Postage Prepaid this _____ day of September, 2015, to:

Mr. John Hipskind
Mr. Brady M. McAninch
Hipskind & McAninch, LLC
1 S. Church Street, Suite 505
Belleville, IL 62220
(618) 641-9189 (Phone)
(618) 551-2642 (Fax)
**Attorneys for Plaintiff**

Z:\LOK_data\1778\003\COS-01.doc\BCB\rk

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,         )
                             )
       Plaintiff,            )
                             )     Cause No.  15-L-441
v.                          )
                             )
TEXAS ROADHOUSE OF O'FALLON   )
IL, LLC,                  )
                             )
       Defendant.        )

## CERTIFICATE OF SERVICE

Copies of **Defendant, Texas Roadhouse of O'Fallon IL, LLC's First Set of Interrogatories Directed to Plaintiff Elizabeth Beliveau and Defendant, Texas Roadhouse of O'Fallon IL, LLC's Requests for Production of Documents Directed to Plaintiff Elizabeth Beliveau** were forwarded, via U.S. Mail this _____ day of September, 2015, to:

Mr. John Hipskind
Mr. Brady M. McAninch
Hipskind & McAninch, LLC
1 S. Church Street, Suite 505
Belleville, IL 62220
(618) 641-9189 (Phone)
(618) 551-2642 (Fax)
**Attorneys for Plaintiff**

-1-

Respectfully submitted,

**TEXAS ROADHOUSE OF O'FALLON IL, LLC**

By: _____
Beth C. Boggs, #06208313
BOGGS, AVELLINO, LACH & BOGGS,
L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 PHONE
(314) 726-2360 FAX
bboggs@balblawyers.com
**Attorneys for Defendant**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document was mailed via United States Postal Service, First-Class Mail, Postage Prepaid this _____ day of <u>September</u>, 2015, to:

Mr. John Hipskind
Mr. Brady M. McAninch
Hipskind & McAninch, LLC
1 S. Church Street, Suite 505
Belleville, IL 62220
(618) 641-9189 (Phone)
(618) 551-2642 (Fax)
**Attorneys for Plaintiff**

-2-

Z:\LOK_data\1778\003\EOA.doc\BCB\rk

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,      )
                          )
      Plaintiff,       )
                          )    Cause No.  15-L-441
v.                         )
                          )
TEXAS ROADHOUSE OF O'FALLON   )    **JURY TRIAL DEMANDED**
IL, LLC,                 )
                          )
      Defendant.     )

*(FILED ST. CLAIR COUNTY SEP 8 20__ stamp)*

## ENTRY OF APPEARANCE

     COME NOW BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C.,

and hereby enter their appearance as attorneys of record for Defendant, Texas Roadhouse

of O'Fallon IL, LLC, in the above-referenced cause.

**DEFENDANT DEMANDS TRIAL BY JURY**

                        Respectfully submitted,

                        **TEXAS ROADHOUSE OF O'FALLON IL, LLC**

By:    *Beth Boggs* (signature)
                    Beth C. Boggs, #06208313
                    BOGGS, AVELLINO, LACH & BOGGS,
                    L.L.C.
                    9326 Olive Blvd., Suite 200
                    St. Louis, MO 63132
                    (314) 726-2310 PHONE
                    (314) 726-2360 FAX
                    bboggs@balblawyers.com
                    **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was mailed via United States Postal Service, First-Class Mail, Postage Prepaid this _____ day of <u>September</u>, 2015, to:

Mr. John Hipskind
Mr. Brady M. McAninch
Hipskind & McAninch, LLC
1 S. Church Street, Suite 505
Belleville, IL 62220
(618) 641-9189 (Phone)
(618) 551-2642 (Fax)
**Attorneys for Plaintiff**

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST CLAIR COUNTY, ILLINOIS

INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT



| BELIVEAU VS TEXAS ROADHOUSE | 15-L-0441 |
|---|---|

FILED
ST. CLAIR COUNTY
SEP 1 0 2015
33
CIRCUIT CLERK

TO:    BOGGS BETH CLEMENS
       ATTORNEY AT LAW
       9326 OLIVE BOULEVARD SUITE 200
       ST LOUIS,  MO    63132

Date : 10/19/2015          Time : 9:00 AM          Room : 403

The above-styled case is assigned to:  HON. VINCENT LOPINOT.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1.    Service upon all of the parties;
2.    Whether the case will be jury or no-jury;
3.    The nature, issues, and complexity of the case;
4.    Simplification of the issues;
5.    Amendments and challenges to the pleadings;
6.    Admissions of fact and documents;
7.    Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8.    Third parties;
9.    Scheduling of settlement conferences;
10.   Necessity of subsequent case management conferences;
11.   Trial settings.

Office of Chief Judge

IN THE CIRCUIT OF THE TWENTIETH JUDICIAL CIRCIUT
ST. CLAIR COUNTY, ILLINOIS

ELIZABETH BELIVEAU,      )
                       )
       Plaintiff,      )
                       )
       vs.             )      15-L- **441**
                       )
TEXAS ROADHOUSE OF O'FALLON )
IL, LLC,                  )
                       )
       Defendant.     )

FILED
ST. CLAIR COUNTY

AUG 4 2015

CIRCUIT CLERK

## COMPLAINT

NOW COMES, the Plaintiff, Elizabeth Beliveau, by her attorney, John Hipskind and the law firm of Hipskind & McAninch, LLC, for her Complaint against Defendant, Texas Roadhouse of O'Fallon, IL, LLC, states as follows:

1.      On and before July 1, 2015, Defendant owned, operated, managed, maintained and/or controlled or had a duty to operate, manage, maintain and/or control an establishment known as Texas Roadhouse, located at 1412 Central Park Circle, in O'Fallon, Illinois.

2.      On July 1, 2015, Plaintiff was on the premise lawfully as a customer and patron of Texas Roadhouse.

3.      At the aforesaid time and place, Defendant, maintained the aforementioned premise including the entrances and exists where a rug/mat in the entrance waiting area became raised and uneven.

4.      At the aforesaid time and place, as the Plaintiff was leaving the premise located at 1412 Central Park Circle, in O'Fallon, Illinois the raised and uneven rug

caused her to fall and strike her head on a door jam causing her severe and permanent injuries to her head and body.

5.     At the aforesaid time and place, the Defendant, by and through its agents, servants and/or employees, had a duty to maintain the aforementioned premise, including the entrances and exits, in a reasonably safe condition for persons lawfully on said premises, to include the Plaintiff herein.

6.     At the aforesaid time and place, the Defendant, by and through its agents, servants and/or employees, disregarding said duty caused the rug in the entrance/exit area to become raised and uneven and/or failed to properly maintain, inspect, and/or remove said rug so as to render the entrance/exit area dangerous and unsafe, and as a result of this dangerous and unsafe condition, the Plaintiff tripped and fell striking her head on a door jam.

7.     At the aforesaid time and place, the Defendant, as the maintainer of the aforementioned premises, by and through its agents, servants and/or employees acted with less than reasonable care and committed one or more of the following negligent acts or omissions:

a.     Failed to provide a safe ingress and egress for its establishment;

b.     Failed to properly maintain, inspect and/or remove said rug in the entrance waiting area on said premise when it knew, or in the exercise of ordinary care should have known, that said rug was raised and uneven, rendering it dangerous and unsafe;

c.     Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to the Plaintiff and others lawfully on said premises;

d.     Failed to provide any type of warning for its customers concerning the unsafe condition of the raised and uneven rug when it knew, or in the

2

exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff;

e.   Allowed the aforementioned premise to remain in a dangerous condition, making the entrance and exit areas unfit for passage, for an unreasonable length of time;

e.   Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the aforementioned premise.

8.   As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, the Plaintiff, sustained severe and permanent injuries; both internally and externally, and was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will in the future lose value of that time as aforementioned.

9.   As a direct and proximate result of the aforesaid careless and negligent acts the Plaintiff, then and there suffered great pain and anguish, both in the mind and body and will in the future continue to suffer.  The Plaintiff further expended and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.  Additionally, Plaintiff has incurred damages as a result of lost wages resulting from Defendant's negligent acts and/or omissions.

WHEREFORE, the Plaintiff, Elizabeth Beliveau, requests that the Court enter judgment in her favor against Defendant, Texas Roadhouse of O'Fallon, IL, LLC, in an amount in excess of $50,000.00 that would compensate Plaintiff reasonably and fairly for her injuries and damages and any other relief that is just and equitable.

**HIPSKIND & MCANINCH, LLC**

By: _____

John T. Hipskind, #6296743
Brady M. McAninch, #6306542
1 S. Church Street, Suite 505
Belleville, Illinois 62220
Phone: 618-641-9189
Fax: 618-551-2642
*Attorneys for Plaintiff*

## RULE 222 AFFIDAVIT

STATE OF ILLINOIS      )
                                    )    SS.
COUNTY OF CLAIR      )

John Hipskind, being first duly sworn upon his oath, deposes and states that the damages sought herein exceed fifty thousand dollars ($50,000.00).

_____
John T. Hipskind

Subscribed and sworn to before me this 4th day of, 2015.

_____
Notary Public

My commission expires:

OFFICIAL SEAL
MICHAEL J ROUSSEAU
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/04/17

4

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office use Only. | Case Number _____ 15L 441 |
| | Amount Claimed _____ |

**1.**

Elizabeth Beliveau

VS

Texas Roadhouse of O'Fallon, IL, LLC,

**Plaintiff(s)**                    **Defendant(s)**

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

**2.** Pltf. Atty. _John Hipskind_ Code _____
Address _1 S. Church Street, Suite 505_
City _Belleville_ Phone _641-9189_
Add. Pltf. Atty. _____ Code _____
Is Personal Injury Involved
[X] Yes   [ ] No
Does Pltf. Demand A Jury Trial
[X] Yes   [ ] No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**
**3.** NAME _National Registered Agents, Inc._

ADDRESS _200 West Adams Street_

CITY & STATE _Chicago, IL  60606_

**4.** [ ] CHECK FOR SMALL CLAIMS SUMMONS   **Complete This Section For Small Claims**
Please Set This Case For _____ at _____ M. On _____ 20___
                          Court Location

**5.**
A. Is an insurance carrier involved?   [ ] Yes   [ ] No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?   [ ] Yes   [ ] No

B. If yes, will the appointment of a guardian Ad Litem be necessary   [ ] Yes   [X] No

FILED
ST. CLAIR COUNTY
AUG 4 2015
_____ a. Clerk
CIRCUIT CLERK

# SEE REVERSE FOR

# CASE CLASSIFICATIONS AND CODES