UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ELIZABETH BELIVEAU,

    Plaintiffs,

v.

TEXAS ROADHOUSE HOLDINGS, LLC,

    Defendant.                             No. 15-cv-1100-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 19), entered on January 21, 2016, this case is **DISMISSED** with prejudice.

                                         JUSTINE FLANAGAN,
                                         ACTING CLERK OF COURT

                                         BY:     /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Dated:   January 22, 2016

                                   Digitally signed by
                                   Judge David R. Herndon
                                   Date: 2016.01.22
                                   16:28:33 -06'00'

APPROVED:
         U.S. DISTRICT JUDGE
         U. S. DISTRICT COURT